Samuel BONEY, Petitioner–Appellant,

v.

SECRETARY FOR The DEPARTMENT OF CORRECTIONS, Attorney General of Florida, Respondents–Appellees.

No. 05–15118

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 26, 2007.

Robert C. Port, Cohen Goldstein Port & Gottlieb, LLP, Atlanta, GA, for Petitioner–Appellant.

William I. Munsey, Jr., Florida Department of Legal Affairs, Tampa, FL, for Respondents–Appellees.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Robert C. Port, appointed counsel for Samuel Boney in this 28 U.S.C. § 2254 habeas case, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Boney's "motion